IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA,

    vs.                                  CASE NO. 3:99-CR-0315-032 (DRD)

PEDRO SANTOS-ARLEQUIN
* * * * * * * * * * * * * * * * * * * * * * * *

MOTION REQUESTING MODIFICATION
OF THE SUPERVISED RELEASE CONDITIONS

TO THE HONORABLE DANIEL R. DOMINGUEZ
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO:

    **COMES NOW, Benjamín Bonilla-López, U.S. Probation Officer** of this Honorable Court, presenting an official report upon the conduct and attitude of supervisee, Pedro Santos-Arlequin, who was sentenced on July 15, 2001, to sixty(60) months of imprisonment and four (4) years of supervised release, after he plead guilty of violating 21 U.S.C. § 846. Among the special conditions, the offender was ordered to submit to urinalyses and to pay a $100.00 Special Monetary Assessment. Mr. Santos-Arlequin was released on February 25, 2004, at which time the supervision term began.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

    On March 29, 2007 Mr. Santos-Arlequin, informed that on August 2, 2006 he was detained by Puerto Rico Police Department Agents during a random road block for driving under the influence alcoholic beverages. On August 17, 2006, he was ordered to participate in a one day Social Drinkers Awareness Course. He successfully completed the same on December 4, 2006. Mr. Santos-Arlequin is currently receiving mental health services from the Common Wealth of Puerto Rico Health Department in Aguadilla. He stated that in occasions he does not ingest the correct dosis of the medications receives and requested our assistance. In order to monitor this area and refer him to one of our mental health providers, we understand that his supervised release conditions should be modified to include mental

health services. Ms. Santos-Arlequin voluntarily agreed to this modification and as such on April 2, 2007, he signed the attached Probation Form 49-Waiver of Hearing to Modify Conditions of Supervised Release, which is hereby attached.

**WHEREFORE**, in lieu of the aforementioned, it is respectfully requested that the Court modify Mr. Santos-Arlequin's conditions of supervised release to include participation in a mental health program for evaluation and/or treatment and medication management purposes.

In San Juan, Puerto Rico, this 6th day of July, 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel.787-281-4982
Fax.787-766-5945
Benjamin_Bonilla@prp.uscourts.gov

CERTIFICATE OF SERVICE

I HEREBY certify that on July 6, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jose Ruiz, Assistant U.S. Attorney and Luis Rivera-Rodriguez, Esq..

In San Juan, Puerto Rico, this 6th day of July, 2007.

s/Benjamin Bonilla
Benjamin Bonilla
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
Tel.787-281-4982
Fax.787-766-5945
Benjamin_Bonilla@prp.uscourts.gov