PROB 49
(6/98)

UNITED STATES DISTRICT COURT
District of Puerto Rico

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> **I shall participate in a mental health program for evaluation and /or treatment, as directed by the U.S. Probation Officer. I shall remain in treatment until satisfactorily discharged by the program personnel and with the approval of the U.S. Probation Office.**

s/Benjamin Bonilla
U. S. Probation Officer
Federal Office Building
Office 143
787-766-5867
787-766-5596

Benjamin_bonilla@prp.uscourts.gov

s/Pedro Santos Arlequin
Supervised Releasee

Date:       April 2, 2007